UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OTIS ELEVATOR COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOCAL 4, INTERNATIONAL UNION | ) | Civil Action No. 04-12493(RGS) |
| OF ELEVATOR CONSTRUCTORS; | ) | |
| MICHAEL LANGER, INDIVIDUALLY, | ) | |
| and as BUSINESS MANAGER; | ) | |
| KEVIN McGETTIGAN, INDIVIDUALLY, | ) | |
| and as BUSINESS REPRESENTATIVE; | ) | |
| STEVE MORSE, INDIVIDUALLY, and | ) | |
| as BUSINESS REPRESENTATIVE; | ) | |
| and all others conspiring, acting in concert | ) | |
| or otherwise participating with them or | ) | |
| acting in their aid or behalf, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective December 27, 2004, the address for the attorney of record for the defendant in the above-entitled action will be:

> Nathan L. Kaitz
> Morgan, Brown & Joy, LLP
> 200 State Street, 11th Floor
> Boston, MA  02109
> T: (617) 523-6666
> F: (617) 367-3125

January 10, 2005

_____
Nathan L. Kaitz (BBO #
Morgan, Brown & Joy, LLP
One Boston Place
Boston, MA  02108
(617) 523-6666

## CERTIFICATE OF SERVICE

     I, Nathan L. Kaitz, do hereby certify that I have on this 10th day of January, 2005 served the within pleading, by first class mail upon: Paul F. Kelly, Esquire, Segal Roitman & Coleman, 11 Beacon Street, Boston, MA 02108; and Timothy Copeland, Esquire, Downs Rachlin Martin PLLC, 80 Linden Street, PO Box 9, Brattleboro, VT 05302-00009.

                                              /s/ Nathan L. Kaitz_____
                                                  Nathan L. Kaitz