1/18/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OTIS ELEVATOR COMPANY )<br>    Plaintiff; )<br> )<br>v. )<br> )<br>LOCAL 4, INTERNATIONAL UNION )<br>OF ELEVATOR CONSTRUCTORS; )<br>MICHAEL LANGER, INDIVIDUALLY, )<br>and as BUSINESS MANAGER; )<br>KEVIN McGETTIGAN, INDIVIDUALLY, )<br>and as BUSINESS REPRESENTATIVE; )<br>STEVE MORSE, INDIVIDUALLY, and )<br>as BUSINESS REPRESENTATIVE; )<br>and all others conspiring, acting in concert )<br>or otherwise participating with them or )<br>acting in their aid or behalf, )<br> )<br>    Defendants. ) | Docket No.<br><br><br><br><br>November 24, 2004<br><br><br>04 CV 12493 RGS |

**OTIS ELEVATOR COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

NOW COMES Plaintiff, Otis Elevator Company ("Otis") pursuant to Fed.R.Civ.P. 7.1 concerning Corporate Disclosure Statements, and states that it is a wholly owned subsidiary of United Technologies Corporation which is a publicly held corporation.

Dated at Boston, Massachusetts
November 24, 2004

MORGAN, BROWN & JOY, LLP

By: _____
Nathan L. Kaitz
One Boston Place, 16th Floor
Boston, MA  02108
(617) 523-6666
Email: nkaitz@morganbrown.com

ATTORNEYS FOR PLAINTIFF,
OTIS ELEVATOR COMPANY

BRT.52624.1