UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OTIS ELEVATOR COMPANY      ) | | |
|     Plaintiff;      ) | | Docket No. |
| ) | | 04-12493-RGS |
| v.      ) | | |
| ) | | |
| LOCAL 4, INTERNATIONAL UNION      ) | | |
| OF ELEVATOR CONSTRUCTORS;      ) | | |
| MICHAEL LANGER, INDIVIDUALLY,      ) | | |
| and as BUSINESS MANAGER;      ) | | |
| KEVIN McGETTIGAN, INDIVIDUALLY, ) | | |
| and as BUSINESS REPRESENTATIVE;      ) | | |
| STEVE MORSE, INDIVIDUALLY, and      ) | | |
| as BUSINESS REPRESENTATIVE;      ) | | |
| and all others conspiring, acting in concert      ) | | |
| or otherwise participating with them or      ) | | |
| acting in their aid or behalf,      ) | | |
| ) | | |
|     Defendants.      ) | | |

**PLAINTIFF OTIS ELEVATOR COMPANY'S
NOTICE OF DISMISSAL**

NOW COMES OTIS ELEVATOR COMPANY, the plaintiff, and in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files this Notice of Dismissal without prejudice.

Dated: September 20, 2005                                                                 Respectfully submitted

                                                                                         /s/ Nathan L. Kaitz_____
                                                                                         Nathan L. Kaitz (BBO #256760)
                                                                                         Morgan, Brown & Joy, LLP
                                                                                         200 State Street, 11th Floor
                                                                                         Boston, MA  02109
                                                                                         (617) 523-6666

CERTIFICATE OF SERVICE

    I, Nathan L. Kaitz, hereby certify that a true copy of the above document was served by first class mail on Paul F. Kelly, Esquire, Segal Roitman & Coleman, 11 Beacon Street, Suite 500, Boston, MA  02108 this 20th day of September, 2005

    /s/ Nathan L. Kaitz_____
    Nathan L. Kaitz